464

**Ray K. THRASHER, Trustee, Appellant, v. Victor Gaspar HORVATH, Appellee.**

No. 9698.

Circuit Court of Appeals, Sixth Circuit.

April 19, 1944.

Albert C. Nozik, of Cleveland, Ohio, for appellant.

Bostwick & Bostwick, of Chardon, Ohio, for appellee.

Before SIMONS, ALLEN, and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel; and it appearing that the decision is based upon findings of fact of the referee, confirmed by the District Court, and no clear mistake appearing, it is ordered that the decree of the District Court be, and it hereby is, affirmed.

**UNITED STATES of America, Appellant, v. M. J. BEVANDA, Appellee.**

**SAME v. M. J. BEVANDA, as Administrator of the Estate of Eva Bevanda, Deceased, Appellee.**

Nos. 10658, 10659.

Circuit Court of Appeals, Ninth Circuit.

Jan. 14, 1944.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Frank J. Hennessy, U. S. Atty., and Esther B. Phillips, Asst. U. S. Atty., both of San Francisco, Cal., for appellant.

Clyde C. Sherwood, of San Francisco, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties and good cause therefor appearing, it is ordered that the appeals herein be and each of them hereby is dismissed, that a judgment of dismissal be filed and entered accordingly in each of above causes, and the mandate of this court in each cause issue forthwith.

**UNITED STATES of America, Appellant, v. Abigail Robins DUNCAN et al., Appellees.**

No. 10766.

Circuit Court of Appeals, Ninth Circuit.

May 8, 1944.

Charles F. Rathbun, Sp. Asst. to Atty. Gen., for appellant.

No other appearances were entered.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellant for dismissal of appeal herein and good cause therefore appearing it is ordered that the motion to dismiss be and hereby is granted and that the appeal as to parcels 29, 68, 69, 70, 71, 74, 77, 78, 79, 80, 107, 108, 112, 113, 128, 131, 135, 194, 223, 230, 232, 236, 239, 255, 256, 257, and 261 be dismissed, that a decree be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.